MARK B. FREDKIN (SBN 53550)
mfredkin@mffmlaw.com
WILLIAM SIAMAS (SBN 133111)
wsiamas@mffmlaw.com
DONN WASLIF (SBN 164538)
dwaslif@mffmlaw.com
FREEDA Y. LUGO (SBN 244913)
flugo@mffmlaw.com
MORGAN FRANICH FREDKIN SIAMAS & KAYS LLP
333 W. San Carlos Street, Suite 1050
San Jose, CA 95110
Telephone: (408)288-8288
Facsimile: (408) 288-8325

*Attorneys for Plaintiff*
*Asteelflash USA Corp.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kevin P.B. Johnson (Bar No. 177129)
  kevinjohnson@quinnemanuel.com
  David E. Myre (Bar No. 304600)
  davidmyre@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

*Attorneys for Defendant*
*Enseo, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASTEELFLASH USA, CORP., | CASE NO. 18-cv-6305 EMC |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |
| vs. | Trial Date:    None Set |
| ENSEO, INC., and DOES 1-10, inclusive, | |
| Defendant. | |

NOW COMES Plaintiff AsteelFlash USA Corp. ("AsteelFlash") and Defendant Enseo, Inc. ("Enseo") (collectively, the "Parties"), by and through their respective undersigned counsel, to jointly stipulate to dismiss this lawsuit with prejudice and with both Parties bearing their own costs and attorneys' fees.

NOW THEREFORE, the Parties agree to dismiss the above captioned matter in its entirety with prejudice. This stipulation and dismissal completely terminates the above captioned civil action as to all claims asserted by Plaintiffs. Each Party shall bear their own attorneys' fees and costs.

DATED: January 30, 2019

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s David E. Myre
David E. Myre
Attorneys for Enseo, Inc.

DATED: January 30, 2019

MORGAN FRANICH FREDKIN SIAMAS & KAYS LLP

By /s Donn Waslif
Donn Waslif
Attorneys for Asteelflash USA Corp.

**IT IS SO ORDERED**

Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DATED: 2/7/2019